UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE SINGLETON,

                        Plaintiff,

            -v.-

POLICE OFFICE JOHN DOE and JOHN DOE POLICE OFFICER,

                        Defendants.

23 Civ. 701 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On March 10, 2023, the Court ordered Corporation Counsel for the City of New York to produce identifying information for the officers involved in this matter. (Dkt. #6). On May 8, 2023, Corporation Counsel identified the two officers involved in Plaintiff's March 20, 2022 arrest: Officer Leroy Hopkins (Shield No. 28710) and Officer David Riveraescobar (Shield No. 27963). (Dkt. #9). The Court subsequently reminded Plaintiff of his obligation to file an amended complaint naming the newly identified officers as defendants within 30 days of receiving the City's letter. (Dkt. #10). Nearly two months have now passed since the City's letter, and the Court has not received an amended complaint.

    To account for the possibility that Plaintiff timely mailed an amended complaint but the Court did not receive it due to delays in the mail, the Court will afford Plaintiff one more opportunity to file his amended pleading. Plaintiff shall file an amended complaint on or before **July 26, 2023**. If Plaintiff fails to

file an amended pleading by that deadline, the Court will dismiss this case for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order, as well as copies of the Orders at docket entries 6 and 10, to Plaintiff's address of record.

SO ORDERED.

Dated:  June 28, 2023
        New York, New York

KATHERINE POLK FAILLA
United States District Judge