UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE SINGLETON,

                Plaintiff,

        -v.-

POLICE OFFICE JOHN DOE and JOHN DOE POLICE OFFICER,

                Defendants.

23 Civ. 701 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On May 8, 2023, Corporation Counsel for the City of New York filed a letter identifying the police officers involved in the incident underlying this suit. (Dkt. #9). Plaintiff's deadline to file an amended complaint naming those officers as defendants was June 7, 2023. (*See* Dkt. #6). On June 28, 2023, having not received an amended complaint, the Court *sua sponte* extended Plaintiff's deadline to amend to July 26, 2023, to account for the possibility that Plaintiff's file was lost in the mail. (Dkt. #12). The Court advised Plaintiff that failure to file an amended pleading by that deadline would result in dismissal of this case for failure to prosecute. (*Id.*). Two weeks have now passed since that extended deadline, and Plaintiff has not filed an amended complaint naming the officer defendants. Accordingly, this action is hereby DISMISSED without prejudice. *See U.S. ex rel. Drake* v. *Norden Sys., Inc.*, 375 F.3d 248, 250-51 (2d Cir. 2004); *see also* Fed. R. Civ. P. 41(b) (both recognizing district courts' authority to dismiss actions due to the plaintiff's lack of participation).

2

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff's address of record.

SO ORDERED.

Dated: August 9, 2023
       New York, New York

*Katherine Polk Failla*

_____
KATHERINE POLK FAILLA
United States District Judge